AO 93  (Rev. 11/13) Search and Seizure Warrant (USAO CDCA Rev. 04/17)

# UNITED STATES DISTRICT COURT

### for the

### Central District of California

| | |
|---|---|
| In the Matter of the Search of ) | |
| ) | |
| The premises located at 19145 Sherman Way, ) | Case No.  2:19-MJ-03172 |
| Unit 211, Reseda, California 91335 ) | |
| ) | |
| ) | |
| ) | |
| ) | |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California:

*See Attachment A-2*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for____days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of  _____.

Date and time issued:  *August 6, 2019  4 02 pm*

Judge's signature

City and state:      <u>Los Angeles, CA</u>

Honorable Frederick F. Mumm
*Printed name and title*

AUSA: <u>Sylvia R. Ewald (ext. 10717)</u>

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>2:19-MJ-03172 | Date and time warrant executed:<br>08/08/2019   06:00 AM | Copy of warrant and inventory left with:<br>Sandra Garcia |
| Inventory made in the presence of : Tolliver Hart   ATF SA | | |
| Inventory of the property taken and name of any person(s) seized: | | |

1. Black I-Phone 10. serial number unknown.

1. Mail addressed to Arnold SOTO

N.C.

| Certification |
|---|

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 08/19/2019

_____
Executing officer's signature

Nam Cho ATF Special Agent
Printed name and title